M'Donald *v.* Lawry.

---

M'DONALD *against* LAWRY. DUNHAM *against* SAME.

The court will not undertake to determine the question of priority between two executions, on the application of one of the parties interested.

---

The plaintiffs in these actions had obtained judgments, and taken out *fi. fa's.* which were put into the hands of the sheriff. The sheriff having died, and the process being executed by his successor, property was levied upon and sold, and the proceeds brought into court.

*Boudinot,* for M'Donald, applied to the court to direct the sheriff to pay the money to M'Donald, on the ground that his execution was first delivered to the sheriff.

*Leake,* for Dunham, opposed the application.

*Per Curiam.* The plaintiffs in these suits have placed their respective executions in the hands of the late sheriff, whose death renders it difficult to ascertain which was delivered to him first. It is impossible for us to take upon ourselves to determine the question of precedency : the parties have in their power to try it in a legal manner, and to that they must have recourse.